UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WITHERELL,

    Plaintiff,

v.                                                               Case No. 23-10153

BRIAN STRICKLIN, *et al.*,                Sean F. Cox
                                                                   United States District Court Judge

    Defendants.

_____/

## ORDER
## ADOPTING REPORT AND RECOMMENDATION (ECF NO. 24) AND DISMISSING CLAIMS AGAINST DEFENDANTS CORIZON AND WELLPATH WITHOUT PREJUDICE

    Plaintiff Daniel Witherell ("Plaintiff") filed this *pro se* civil rights action, pursuant to 42 U.S.C. § 1983, against Defendants on January 20, 2023. This matter was referred to Magistrate Judge David Grand for all pretrial proceedings.

    In a Report and Recommendation issued on June 15, 2023, Magistrate Judge Grand recommends that Plaintiff's request to voluntarily dismiss his claims against Defendants Corizon and Wellpath be granted and that Plaintiff's claims against them be dismissed without prejudice. (ECF No. 24).

    The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed. Accordingly, the Court hereby **ADOPTS** the June 15, 2023 Report and Recommendation and **ORDERS** that Plaintiff's request to voluntarily dismiss Defendants Corizon and Wellpath is **GRANTED** and all claims against Defendants Corizon and Wellpath are **DISMISSED WITHOUT PREJUDICE**.

1

**IT IS SO ORDERED.**

                                                             s/Sean F. Cox  
                                                             Sean F. Cox  
                                                             United States District Judge

Dated:  July 6, 2023